(2024-152)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| PHILLIP ANDREW WYATT § | |
| § | |
| VS. § | Civil Action No. _____ |
| § | |
| JAVIER MARTINEZ MARQUEZ and § | |
| JOSE MIGUEL TERRAZAS GONZALEZ § | JURY DEMANDED |

**DEFENDANT JAVIER MARTINEZ MARQUEZ'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, JAVIER MARTINEZ MARQUEZ, files this Notice of Removal to the United States District Court for the Southern District of Texas, Laredo Division, pursuant to 28 U.S.C. § 1441, based on the following facts, which show that this case is properly removable:

**I.**

**PROCEDURAL BACKGROUND**

1. On May 6, 2024, Plaintiff, PHILLIP ANDREW WYATT, commenced an action in the 406th Judicial District Court of Webb County, Texas, Cause No. 2024CVA000786D4, styled ***Phillip Andrew Wyatt v. Javier Martinez Marquez and Jose Miguel Terrazas Gonzalez***. Plaintiff claims Defendants are liable to him under a negligence theory for personal injuries he allegedly suffered in a motor vehicle accident.

2. On or about July 6, 2024, Defendant, JAVIER MARTINEZ MARQUEZ, was served with a copy of Plaintiff's Original Petition.

3. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely as it is filed within 30 days of Defendant, JAVIER MARTINEZ MARQUEZ's, actual or constructive receipt of

Plaintiff's Original Petition.

4. At the time suit was filed, and continuing to the present, this Court had, and still has, original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). There is complete diversity of citizenship between Plaintiff and Defendants. Further, there are no statutory bars against removal to the United States District Court, Southern District of Texas.

5. Additionally, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

## II.

## PARTIES & BASIS FOR REMOVAL

6. Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of the United States and domiciled in the State of Alabama. Specifically, Plaintiff alleges to be a resident of Tuscaloosa County, Alabama.[2]

7. Defendant, JAVIER MARTINEZ MARQUEZ, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Mexican motor carrier with its principal place of business in Nuevo Laredo, Tamaulipas, Mexico.

8. Defendant, JOSE MIGUEL TERRAZAS GONZALEZ, is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a natural person and citizen of Mexico.

9. There is complete diversity between the parties.

---

[1] *See* Exhibit A, Plaintiff's Original Petition, pg. 10.

[2] *Id.* at pg. 1.

### III.

### COMPLIANCE WITH REMOVAL PROCEDURES

10. A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

11. Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

   a. Pleadings asserting causes of action (Exhibit A);
   b. All orders signed by the State Judge (Exhibit B);
   c. The state court docket sheet at the time of removal (Exhibit C);
   d. An index of matters being filed (Exhibit D); and
   e. A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E).

### IV.

### PRAYER

For these reasons, Defendant, JAVIER MARTINEZ MARQUEZ, requests that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Dated: July 17th, 2024

Respectfully submitted,

/s/ *Anthony B. James*
Anthony B. James, *Attorney-in-Charge*
State Bar No. 10537300
Federal I.D. No. 3785
Email: ajames@hodgejames.com
Marco A. Jilpas
State Bar No. 24071331
Federal I.D. No. 2983324
Email: mjilpas@hodgejames.com
HODGE JAMES JILPAS & NICHOLS
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler, Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile:  (956) 425-7707
**Attorneys for Defendant,**
**JAVIER MARTINEZ MARQUEZ**

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the above and foregoing, Defendant Jose Martinez Marquez's Notice of Removal, has been served on the 17th day of July, 2024, to all attorneys of record via E-Service as follows:

Via E-mail: sws@thestewartlawfirm.net
Via E-mail: rt@thestewartlawfirm.net
Stephen W. Stewart
Ryan P. Teel
The Stewart Law Firm, PLLC
4303 Russell Drive
Austin, Texas 78704

*Attorneys for Plaintiff*

/s/ *Anthony B. James*
Anthony B. James