Case 5:24-cv-00109   Document 20   Filed on 10/06/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **PHILLIP ANDREW WYATT,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:24-CV-00109 |
| § | |
| **JAVIER MARTINEZ MARQUEZ,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On September 10, 2025, Plaintiff Phillip Andrew Wyatt ("Plaintiff") and Defendant Javier Martinez Marquez ("Defendant Martinez Marquez") filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 19). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation, signed by counsel for all parties who have appeared, notified the Court that the case has been dismissed with prejudice. (Dkt. 19 at 1.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (B). Notably, Defendant Jose Miguel Terrazas Gonzalez ("Defendant Terrazas Gonzalez") was never formally served with process, and he never appeared to defend the litigation. *See* (Dkt. 9) (advising the court that the parties anticipate Mr. Terrazas will serve as a fact witness in the case); s*ee also* (Min. Entry for Sept. 25, 2024; Min. Entry for Aug. 07, 2025) (all parties except Defendant Terrazas Gonzalez appearing); *see generally* (Dkts. 3, 4, 8, 9, 11, 12, 13, 14, 15, 17, 19) (Plaintiff and Defendant Martinez Marquez filings on the record, but no filings from Defendant Terrazas Gonzalez). Thus, Defendant Terrazas Gonzalez's signature was not necessary to effectuate the Parties' voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal by filing a "stipulation of dismissal signed by all parties who have appeared"); *see also Emerson v. City of Richardson, Tex.*, 2023 WL 6149198 at *1 (N.D. Tex. Sept. 20, 2023) ("And it is of no consequence that [plaintiff] named defendants other than the City in the petition she filed in state court or in the amended complaint that she filed after removal…because the only defendant 'who has appeared' is the City."); *Nat'l City Golf Fin., a Div. of Nat'l City Com. Cap. Co., L.L.C. v.*

*Scott*, 899 F.3d 412, 416 n.3 (5th Cir. 2018) (holding that only the plaintiff and the dismissed defendant need to sign).

Accordingly, the Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this October 6, 2025.

_____
Diana Saldaña
United States District Judge